IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CR106 |
| vs. | ORDER |
| RUSSELL GLENN PIERCE, DAVID WILLIAM PEER, JOHN DOE # 3, JOHN DOE # 4, JOHN DOE # 5, JOHN DOE # 6 (WARREN TIDWELL), JOSHUA WELCH, and THOMAS SPENCER, | |
| Defendants. | |

This matter is before the court on the motion to extend time to file pretrial motions by defendant John Doe # 6 (Warren Tidwell) (Filing No. 115). Upon consideration,

**IT IS ORDERED:**

1. The motion (Filing No. 115) is granted.

2. In accordance with the court's previous order of September 9, 2013 (Filing No. 105), any pretrial motions, except motions to sever, shall be filed **on or before December 9, 2013**. The government's omnibus response shall be filed **on or before December 20, 2013**.

3. **Speedy Trial Act**. Time under the Speedy Trial Act will be excluded from today until December 9, 2013. The ends of justice will be served by such exclusion and outweigh the best interest of the public and the defendants in a speedy trial. The cases are so unusual and complex due to the number of related defendants and charges, the nature of the prosecution, and the existence of novel questions of law that absent such an exclusion the ends of justice would not be served as to provide adequate preparation for pretrial proceedings and the trial itself. See: 18 U.S.C. § 3161(7)(A) and (B)(ii).

Dated this 23rd day of September, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge