IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>WARREN TIDWELL,<br><br>     Defendant. | 8:13CR106<br><br>**AMENDED ORDER** |

  This matter is before the court on its own motion. On May 1, 2015, defendant was directed to file an itemized listing of work performed and the amounts paid to counsel to date for an *in camera* review in connection with defendant's objection, Filing No. 351, to the magistrate judge's denial, Filing No. 282, of defendant's request for appointment of counsel Joseph Howard under the Criminal Justice Act (CJA), Filing No. 277. *See* Filing No. 396. Defendant has not yet done so. This action is set for trial on July 27, 2015. Accordingly,

  IT IS ORDERED that defendant shall comply with the court's earlier order (Filing No. 396) on or before the close of business on July 24, 2015, or the defendant's objection (Filing No. 351) to the magistrate judge's order (Filing No. 282), will be overruled.

  Dated this 22nd day of July, 2015

                    BY THE COURT:

                    s/ Joseph F. Bataillon
                    Senior United States District Judge